JS - 6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **COLLINS FINANCIAL LLC,**<br><br>　　　　　**Plaintiff(s),**<br><br>　　v.<br><br>**OK JA YI,**<br><br>　　　　　**Defendant(s).**<br>_____ | **CASE NO. SACV 09-909 DOC (MLGx)**<br><br>**O R D E R REMANDING ACTION TO ORANGE COUNTY SUPERIOR COURT** |

On August 7, 2009, Defendant Ok Ja Yi ("Yi" or "Defendant") removed this lawsuit from Orange County Superior Court (case number 30-2009-00283897) to this Court pursuant to 28 U.S.C. §§ 1441 and 1331.  In her Notice of Removal, Defendant conceded that the Court lacks jurisdiction of this action under section 1331, but nonetheless compelled the Court to exercise jurisdiction on the grounds that *a separate lawsuit*, between Defendant and a third party, is pending in the Central District of California.  *See* Docket 1.

On March 18, 2010, the Court issued an Order to Show Cause as to why this action should not be remanded to state court, citing the fact that there exists "no authority for the

1 proposition that a court may join a case brought in state court to one brought in federal court
2 under the guise of 'supplemental jurisdiction' because the separate cases involve the same
3 parties and claims. ***Joining cases in this way would render useless the statutes providing***
4 ***procedures for removal***." Docket 6 (quoting *JOICO Labs., Inc. v. Fuencarral*, No. CV 93-
5 3131-JGD, 1993 WL 332563, at *4 (C.D. Cal. July 28, 1993) (emphasis added)).  The Court
6 ordered Defendant to submit a response, in writing, within seven days of the filing of the OSC,
7 on March 18, 2010.

8 As of March 29, 2010, Defendant has not submitted a response to the OSC.
9 Accordingly, and for the reasons discussed in the Court's Order to Show Cause (Docket 6), the
10 Court hereby REMANDS this action to Orange County Superior Court.  The Court further
11 DISCHARGES the Order to Show Cause (Docket 6).

14 IT IS SO ORDERED.
15 DATED: March 29, 2010

_____
DAVID O. CARTER
United States District Judge

2